Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____ Division

NICHOLAS JAMES ALBRECHT
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

KELLY DAVIS
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:21-CV-48-J-20MCR
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: NICHOLAS JAMES ALBRECHT
   All other names by which you have been known: N/A
   ID Number: A4166880871720
   Current Institution: Columbia County Detention Facility
   Address: 389 N.W. Quinteen St
   Lake City      FL      32055
            City       State    Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Kelly Davis
   Job or Title (if known): Department of Children and Families (DCF) Child Protection Investigator
   Shield Number: N/A
   Employer: Department of Children and Families
   Address: US highway 90
   Lake City      FL      32055
            City       State    Zip Code
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   _____  _____  _____
      City       State    Zip Code
   [ ] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

        City    State    Zip Code
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

        City    State    Zip Code
    ☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
I was removed from society without [illegible] ... [illegible] ... rights.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See page attached

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See page attached

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See page attached

D. Kelly Davis abused her discretion with perjury and maliciously lying under oath which is a violation of my Constitutional Protected rights. She acted under color of law depriving me of my Constitutional immunities and my Protected Rights secured by the Constitution.

IV. Statement of Claim [A]

On April 2, 2020 Kelly Davis came to the Columbia County Sheriff's Office to file a report. Kelly currently works for the Department of Children and Families (DCF) and is a Child Protection Investigator (CPI) see case #CCSO19OFF005250 Child abuse case see warrant affidavit attached. Stating during this investigation, I was unable to determine that there was not enough evidence to prove that Defendant (me) purposely and intently injured the child. Case law is clear that felony child abuse requires significant injuries that result in medical attention and/or cause discernible impairment to the child. Any injuries short of this threshold will not substantiate a child abuse. Because of this case was ultimately closed. Closed and I advised that the case will be better handled with DCF and their case plans. During the investigation she did not conduct 1 home check which is required by Florida Statues Ch 31 and she intentionally ignored my calls in regards to investigation and refused to give me her supervisor Jessica Hastings contact information. She lied on sworn statement I never violated court orders that resulted in shelter hearing March 12. She has coerce and mislead Columbia County's Sheriff's office in finding probable cause to issue warrant by lying on sworn statement. So Kelly Davis has prejudicely and maliciously fabricated a story against me intentionally to remove me from society without probable cause sufficient of the law violating Constitutional Protected Rights and this is abuse of discretion. And the 2nd Degree case that I was accused of witness tampering was closed with no concert evidence of wrong doing. See Case No: CCSO OFF00525

IV. Statement of Claim [B]

All of these facts and events took place on the streets. See warrant affidavit.

C. What date and approximate time did the events giving rise to your claim(s) occur?

See worksheet affidavit attached

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See IV. Statement of Claim [A]

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I have chronic combat related injury to my back and due to me being detained I am unable to get adequate treatment that I AM entitled to from the VA

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. First I want Holly Davis to be hold accountable for perjury some slandery lies and fabricated document filing. [illegible] in a [illegible] to [illegible] ordered. I want [illegible] [illegible] a thorough investigation which also I want money damages 5-10 thousand for the denial of my constitutional [illegible] Amd.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

I am not close to a grievance while be in jail, Tree ?? ...

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _N/A_
      Defendant(s) _N/A_

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _N/A_

   3. Docket or index number
      _N/A_

   4. Name of Judge assigned to your case
      _N/A_

   5. Approximate date of filing lawsuit
      _N/A_

   6. Is the case still pending?

      ☐ Yes

      ☑ No

      If no, give the approximate date of disposition  _N/A_

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-7-2021

Signature of Plaintiff
Printed Name of Plaintiff  Nicholas James Albert
Prison Identification #
Prison Address  Columbia County Detention Facility
Lake City      FL    32055
                City           State      Zip Code

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                City           State      Zip Code
Telephone Number
E-mail Address